| PLAINTIFF: | LOANCARE, LLC | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | PAYMAP, INC. | |

II. **TYPE OF CASE:**

**TORTS**                                                   **OTHER CIVIL**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Asbestos | ☐ | Adoption | ☐ | Appeal from Magistrate Court |
| ☐ | Professional Malpractice | ☐ | Contract | ☐ | Petition for Modification of Magistrate Sentence |
| ☐ | Personal Injury | ☐ | Real Property | ☐ | Miscellaneous Civil |
| ☐ | Product Liability | ☐ | Mental Health | ☒ | Other |
| ☐ | Other Tort | ☐ | Appeal of Administrative Agency | | |

III. **JURY DEMAND:**    ☒ Yes    ☐ No

CASE WILL BE READY FOR TRIAL BY
(MONTH/YEAR):                          October 2021

IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE    ☐ Yes
     SPECIAL ACCOMMODATIONS DUE TO A DISABILITY OR AGE?    ☒ No

☐   Wheelchair accessible hearing room and other facilities
☐   Interpreter or other auxiliary aid for the hearing impaired
☐   Reader or other auxiliary aid for the visually impaired
☐   Spokesperson or other auxiliary aid for the speech impaired
☐   Other: _____

| | | | |
|---|---|---|---|
| *Attorney Name:* | Eric T. Frye, Esquire (VA Bar #93252) | *Representing:* | |
| *Firm:* | Cipriani & Werner, PC | ☐ Plaintiff | ☒ Defendant |
| *Address:* | Laidley Tower, Suite 900 / 6411 Ivy Lane, Suite 600 / Greenbelt, MD 20770 | ☐ Cross-Complainant | |
| *Telephone:* | (304) 341-0500 | ☐ Cross-Defendant | |
| | | Dated: | 10/30/2020 |
| | | /s/ Eric T. Frye | |
| | | Signature | |

☐   *Pro Se*